IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW J. PAYNE,

    **Petitioner,**

v.                              Case No. 1:20-cv-225-AW-GRJ

SECRETARY, FLA. DEP'T OF
CORRECTIONS,

    **Respondent.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner initiated this case seeking § 2254 relief. I have now considered the magistrate judge's May 12, 2021 report and recommendation, ECF No. 11, and have considered de novo the issues presented in Petitioner's objections, ECF No. 12. I agree with the magistrate judge: The petition is untimely and must be dismissed.

The report and recommendation (ECF No. 11) is adopted and incorporated into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on July 6, 2021.

                                         s/ *Allen Winsor*
                                         United States District Judge